UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 14-8735-JFW (JEMx)**                                    Date:  June 25, 2015

Title:     Sergio E. Meza -v- The United States of America

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                                **None Present**
   **Courtroom Deputy**                              **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
   None                                                  None

**PROCEEDINGS (IN CHAMBERS):**     ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS [filed 6/11/15; Docket No. 29]

   On June 11, 2015, Defendant United States of America ("Defendant") filed a Motion to Dismiss ("Motion").  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for July 13, 2015 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

   On June 22, 2015, Plaintiff Sergio E. Meza a/k/a Manuel Sanchez Gomez ("Plaintiff") filed a First Amended Complaint.  Accordingly, Defendant's Motion is **DENIED as moot**.

   IT IS SO ORDERED.